| | |
|---|---|
| UNITED STATES OF AMERICA, ) | RECEIVED |
| ) | DEC 2 0 2011 |
| Plaintiff, ) | |
| ) | CLERK U.S. DISTRICT COURT |
| vs. ) Case No. 3:11 - cr - 00054 | SOUTHERN DISTRICT OF IOWA |
| ) | |
| ) | |
| JAMIE LEE MILLER, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The defendant entered a plea of guilty to [the lesser included offense in] Count(s) _IV_ of the [Second Superseding] Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary as to [that] count, and that the offense charged is supported by an independent factual basis concerning each of the essential elements of such offense. I, therefore, recommend that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the defendant be adjudged guilty and have sentence imposed accordingly.

_December 20, 2011_  
Date

THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).